UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BEIJING BAOMAN TECHNOLOGY,
LTD,

    Plaintiff,

v.                                                     Case No: 2:18-cv-122-FtM-38MRM

INDUSTRIAL NANOTECH INC. OF
DELAWARE and INDUSTRIAL
NANOTECH, INC. OF WYOMING,

    Defendants.
_____/

## ORDER[1]

Before the Court is Beijing Baoman Technology, Ltd.'s Notice of Voluntary Dismissal. (Doc. 19). Beijing Baoman dismisses its claims against Defendants Industrial Nanotech, Inc. of Delaware and Industrial Nanotech, Inc. of Wyoming under Fed. R. Civ. P. 41(a)(1)(A)(i). Because these Defendants have not been served and a final Default Judgment has issued as to all the other named Defendants (Doc. 17), the Court will grant Beijing Baoman's voluntary dismissal and close the case.

Accordingly, it is now

**ORDERED:**

Beijing Baoman Technology, Ltd.'s Notice of Voluntary Dismissal (Doc. 19) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1. Beijing Baoman's claims against Defendants Industrial Nanotech, Inc. of Delaware and Industrial Nanotech, Inc. of Wyoming are **DISMISSED**.

2. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record